FILED

2020 Apr-30  PM 02:30
U.S. DISTRICT COURT
N.D. OF ALABAMA



## COLLECTIVE ACTION SETTLEMENT AND RELEASE AGREEMENT

WHEREAS, Plaintiff Montray Smith ("Plaintiff") filed a civil action on or about February 19, 2020, individually and on behalf of all other allegedly similarly-situated persons, against Defendants Baha Burger, LLC, and Eric Finney ("Defendant") in the Northern District of Alabama, Case No. 2:20-cv-222-RDP.

WHEREAS, it is the desire of the Parties to fully, finally, and forever memorialize, settle, compromise, and discharge all disputes and claims that have been brought in the Lawsuit or that reasonably arise out of the facts alleged in the Lawsuit, i.e., the alleged practices set forth in the pleadings in the Lawsuit.

NOW, THEREFORE, in consideration of the mutual covenants and promises set forth herein, the Parties enter into this Settlement and Release Agreement (hereinafter "Settlement Agreement"), subject to the Court's approval, as follows:

1. Definitions:

    a. The "Settlement Class" or the "Class" consists of cooks who worked at any time after February 19, 2017.  These individuals have been identified in Exhibit A to this Agreement.

    b. "Class Member" means an individual within the foregoing Class.

    c. "Releasees" refers to and includes Baha Burger, LLC, and Eric Finney, and Baha Burger, LLC's present and former subsidiaries, divisions, parent companies, holding companies, members, officers, directors, employees, managers, agents, servants, representatives, attorneys, insurers, affiliates, successors, heirs and assigns.

    d. The "Parties" refers collectively to Plaintiff and Defendant.

    e. "Class Counsel" refers to Sanford Law Firm, PLLC.

    f. "Lawsuit" means Montray Smith, et al. v. Baha Burger, LLC, and Eric Finney, U.S. District Court for the Northern District of Alabama Case No. Case No. 2:20-cv-222-RDP.

    g. "Effective Date" is defined as the date this Settlement Agreement is approved by the Court.

2.    This Settlement Agreement is made and entered into by and between Plaintiff and Defendant.  This Settlement Agreement is subject to the terms and conditions hereof and to the approval of the Court.  Plaintiff and Defendant hereby agree to fully and finally settle, compromise and resolve all claims that were or could

have been brought in the Lawsuit, on the terms and conditions set forth in this Settlement Agreement.

3.     Nothing contained herein, nor the consummation of this Settlement Agreement, is to be construed or deemed an admission of liability, culpability, negligence, or wrongdoing on the part of Defendant or any Releasees.  Each of the Parties hereto has entered into this Settlement Agreement with the intention to avoid further disputes and litigation with the attendant inconvenience and expenses.   In particular, and without limiting the generality of the foregoing, nothing in this Settlement Agreement shall be offered or construed as an admission of liability, wrongdoing, impropriety, responsibility or fault whatsoever by Defendant or Releasees, who expressly deny any liability, wrongdoing, impropriety, responsibility or fault whatsoever.

4.     Class Counsel has conducted a thorough investigation into the facts of the Lawsuit and has diligently pursued investigation and prosecution of Class Members' claims against Defendant.   Based on their own independent investigation and evaluation, Class Counsel is of the opinion that the settlement with Defendant for the consideration and on the terms set forth in this Settlement Agreement is fair, reasonable, adequate, and in the best interest of the Class in light of all known facts and circumstances, including the risk of significant delay, the risk of loss or limited recovery, and the defenses asserted by Defendant both on the merits and with respect to collective action certification.   Defendant and Defendant's counsel also agree the settlement as stated in this Settlement Agreement is reasonable and fair.

5.     The Settlement Agreement contains and constitutes a full and complete settlement and release (as defined below) by Plaintiff, which release includes in its effect Defendant and all Releasees.

## SETTLEMENT PAYMENTS

6.     Subject to Court approval of the Settlement Agreement, and on the terms and conditions set forth in this Settlement Agreement, Defendant will pay and promise as follows:

a.   Defendant will put up a $27,175.00 fund against which Class Members can make claims. Defendant will pay to each of the 12 Class Members who submit timely claims using the agreed Claim Form the amount contained within Exhibit A to this Agreement.  The formula the Parties used to determine each Class Member's share of the $27,175.00 settlement proceeds was based on a pro rata share of the actual damages during the period of February 24, 2017 to February 24, 2020 resulting from payment of hours worked over forty at a regular rate instead of one and one-half times the regular rate. Plaintiff was allocated his full calculated damages for bringing the lawsuit.  Of the amount paid to each such Class Member, 50% will be deemed wages and subject to normal payroll tax withholding and W-2 reporting.  50%

will be deemed liquidated damages without withholdings using an IRS Form 1099. Defendant shall be responsible for all employer-paid and due taxes on these wages, including FICA, FUTA and state unemployment, but shall not be liable for any other taxes.

b. Service award of $2,000.00 to Montray Smith.  Service award shall be in exchange for the below general release.  Defendant will deliver the service award to Sanford Law Firm, PLLC, within 14 days after the Effective Date.

c. Subject to approval by the Court, Defendant agrees to pay to Class Counsel the sum of $24,825.00 as attorneys' fees and costs and expenses, in full and complete satisfaction of all claims by Plaintiff and his counsel for attorneys' fees, costs and expenses of any kind whatsoever, without need of further petition unless required by the Court.  Defendant and Defendant's counsel will not oppose such a request if required, including any motion for reconsideration or appeal of a denial of fees and costs.  The total attorneys' fees and costs actually paid will be as approved by the Court in its Final Order, subject to appellate rights. Class Counsel and Defendant agree that Defendant will deliver such payment to Sanford Law Firm, PLLC, within 14 days after the Effective Date.  Defendant will report the payments to Class Counsel using an IRS Form 1099.

## MUTUAL FULL COOPERATION

7.     The Parties agree to fully cooperate with each other to accomplish the terms of this Settlement Agreement, including but not limited to, execution of such documents and to take such other action as may be reasonably necessary to implement the terms of this Settlement Agreement.  The Parties shall use their best efforts, including all efforts contemplated by this Settlement Agreement and any other efforts that may become necessary by order of the Court, or otherwise, to effectuate this Settlement Agreement and the terms set forth herein.  As soon as practicable after execution of this Settlement Agreement, Class Counsel shall, with the assistance and cooperation of Defendant and its counsel, take all necessary steps to secure the Court's approval of this Settlement Agreement and to obtain a final judgment in the Lawsuit upon completion of the terms and conditions of the Settlement Agreement as approved by the Court.

## DUTIES OF THE PARTIES PRIOR TO COURT APPROVAL

8.     Promptly upon execution of this Settlement Agreement, the Parties shall apply to the Court for the entry of an Order, substantially in the form attached as Exhibit B:

a.  Certifying a collective action class of all cooks who worked at any time after February 19, 2017;

b.  Appointing Sanford Law Firm, PLLC, as Class Counsel;

c.  Granting approval of the Settlement Agreement as fair, reasonable, and adequate;

d.  Approving as to form and content the proposed Notice of Collective Action Settlement and Claim Form, attached as Exhibits C and D;

e.  Directing the mailing of the Notice of Collective Action Settlement and Claim Form by first class mail and e-mail to the Class Members as set forth herein; and

f.  Conditionally dismissing the Lawsuit with prejudice until receipt of notice from counsel that final payment has been made.

## DUTIES OF THE PARTIES FOLLOWING COURT APPROVAL

9.      Class Counsel will administer the settlement, including paying costs and fees for the mailing and remailing of the Notice of Collective Action Settlement and Claim Form (together "Notice") to last known addresses.

10.      Class Counsel will not be obligated at any stage to engage investigative services to locate Class Members, but will take all steps necessary to locate an updated mailing address for any Notice returned as undeliverable, including standard skip tracing methods.

11.      Within seven days of court approval, Defendant will provide Class Counsel with the last known addresses for all Class Members, and email addresses, if any.

12.      Within seven days of receipt of the contact information for Class Members, Class Counsel will send the Court-approved Notice of Collective Action Settlement and Claim Form substantially in the form attached hereto as Exhibits C and D, and as approved by the Court including any modifications at the direction of the Court, to the Settlement Class, by first-class mail, with a postage pre-paid return envelope addressed to Class Counsel, and by email using RightSignature.com.

13.      The email will be sent to all email addresses provided by Defendant from Courtney Lowery's email, courtney@sanfordlawfirm.com, with the Notice of Collective Action Settlement attached and the following text:

Subject:      Notice of Lawsuit for Unpaid Wages against Baha Burger, LLC, and Eric Finney

Body:

Please see attached notice regarding an unpaid wage lawsuit against Baha Burger, LLC, and Eric Finney. In a little while, you will receive an email from RightSignature.com, containing an electronic Claim Form. Signing the Claim Form is a multi-step process: if you want to join the lawsuit, you have to go past the point at which you have pressed "Done," to the next screen where you will then press "Submit."  You are not finished until you press "Submit."  Once you've completed the signing process, you should receive a confirmation email from RightSignature.com, letting you know that you've successfully completed the document. If you do not receive the email from Right Signature, then you have not signed up for the settlement.

Favor de ver el aviso adjunto con respecto a una demanda de salarios que no fueron pagados en contra de Baha Burger, LLC y Eric Finney. En unos momentos más, usted recibirá un correo electrónico de RightSignature.com, que contendrá un Formulario de Reclamo electrónico. Firmar el Formulario de Reclamo es un proceso de varios pasos: si desea unirse a la demanda, debe pasar el punto en el que oprimirá "Done," a la siguiente pantalla donde luego presionará "Submit." No habrá terminado hasta que presione "Submit." Una vez que haya completado el proceso de firma, usted debería recibir un correo electrónico de confirmación de RightSignature.com, informándole que ha completado exitosamente el documento. Si no recibe el correo electrónico de Right Signature, entonces no se ha registrado para el acuerdo.

The Class Members will also receive an email from RightSignature.com with a link to sign the Claim Form and the following text:

Please see the attached Claim Form regarding an unpaid wage lawsuit against Baha Burger, LLC, and Eric Finney. Signing the Claim Form is a multi-step process: if you want to join the settlement, you have to go past the point at which you have pressed "Done," to the next screen where you will press "Submit." You are not finished until you press "Submit." Once you've completed the signing process, you will receive a confirmation email from RightSignature.com, letting you know that you've successfully completed the document. If you don't receive the email from Right Signature, then you have not signed up for the lawsuit.

Favor de ver el Formulario de reclamo adjunto con respecto a una demanda de salarios que no fueron pagados en contra de Baha Burger, LLC y Eric Finney. Firmar el Formulario de Reclamo es un proceso de varios pasos: si desea unirse a la demanda, debe pasar el punto en el que oprimirá "Done," a la siguiente pantalla donde luego presionará "Submit." No habrá terminado hasta que presione "Submit." Una vez que haya completado el proceso de firma, usted debería recibir un correo

electrónico de confirmación de RightSignature.com, informándole que ha completado exitosamente el documento. Si no recibe el correo electrónico de Right Signature, entonces no se ha registrado a la demanda.

14.    Class Members will have ninety days after the Notice is first mailed to submit their Claim Form. Defendant (in its sole discretion) may waive the untimeliness of any Claim Form by notifying Class Counsel in writing.

15.    Class Counsel will file redacted versions of all Claim Forms submitted with the Court.

## POTENTIAL VOIDING OF THE SETTLEMENT AGREEMENT

16.    A failure of the Court to approve any material condition of this Settlement Agreement which effects a fundamental change of the Parties' Settlement shall render the entire Settlement Agreement voidable and unenforceable as to all Parties herein at the option of the party adversely affected thereby.

17.    If this Settlement Agreement is voided under the prior paragraphs, this Settlement Agreement shall have no force or effect; all negotiations, statements and proceedings related thereto shall be without prejudice to the rights of any party, all of whom shall be restored to their respective positions in the lawsuit prior to the settlement; and neither this Settlement Agreement nor any ancillary documents, actions or filings the Parties agreed to shall be admissible or offered into evidence in the lawsuit or any other action for any purpose.

## SETTLEMENT AGREEMENT RELEASES AND PAYMENT PROCESSES

18.    Plaintiff knowingly and voluntarily releases and forever discharges Releasees of and from any and all claims, known and unknown, asserted or unasserted, which Plaintiff has or may have against Releasees through February 24, 2020, including, but not limited to, any alleged violation of the following, as amended:

- Title VII of the Civil Rights Act of 1964;
- Sections 1981 through 1988 of Title 42 of the United States Code;
- The Employee Retirement Income Security Act of 1974 ("ERISA") (except for any vested benefits under any tax qualified benefit plan);
- The Immigration Reform and Control Act;
- The Americans with Disabilities Act of 1990;
- The Age Discrimination in Employment Act of 1967 ("ADEA");
- The Worker Adjustment and Retraining Notification Act;
- The Fair Credit Reporting Act;
- The Family and Medical Leave Act ("FMLA");
- The Genetic Information Nondiscrimination Act;
- The Equal Pay Act;

- The Sarbanes-Oxley Act retaliation provisions;
- The False Claims Act retaliation provisions;
- The Dodd-Frank Wall Street Reform and Consumer Protection Act retaliation provisions;
- The Occupational Safety and Health Act (OSHA);
- any other federal, state or local law, rule, regulation, or ordinance;
- any public policy, contract, tort, or common law, including, without limitation, breach of contract, breach of a covenant of good faith and fair dealing, interference with business opportunity or contracts, negligence, misrepresentation, fraud, detrimental reliance, personal injury, assault, battery, defamation, false light, invasion of privacy, infliction of emotional distress, retaliation, constructive discharge, or wrongful discharge; and
- any basis for recovering costs, fees, or other expenses, including attorneys' fees incurred in these matters.

Plaintiff is not waiving any rights he may have to: (a) his own vested or accrued employee benefits under Defendant's health, welfare, or retirement plans as of the date his employment by Defendants ended; (b) benefits and/or the right to seek benefits under applicable workers' compensation and/or unemployment compensation statutes; (c) pursue claims which by law cannot be waived by signing this Agreement; (d) enforce this Agreement; and/or (e) to challenge the validity of this Agreement.  Nothing in this Agreement prohibits or prevents Plaintiff from filing a charge with or participating, testifying, or assisting in any investigation, hearing, whistleblower proceeding or other proceeding before the U.S. Equal Employment Opportunity Commission, the National Labor Relations Board or a similar agency enforcing federal, state or local anti-discrimination laws any federal, state, or local government agency (e.g. EEOC, NLRB, SEC., etc.), nor does anything in this Agreement preclude, prohibit, or otherwise limit, in any way, Plaintiff's rights and abilities to contact, communicate with, report matters to, or otherwise participate in any whistleblower program administered by any such agencies. However, to the maximum extent permitted by law, Plaintiff agrees that if such an administrative claim is made to such an anti-discrimination agency, Plaintiff shall not be entitled to recover any individual monetary relief or other individual remedies.

19.    Upon the date a Class Member executes a Claim Form, the Class Member fully releases and discharges Releasees from any and all claims, debts, penalties, liabilities, demands, obligations, guarantees, costs, expenses, attorneys' fees, damages, action or causes of action of whatever kind or nature, whether known or unknown, that were alleged or that reasonably arise out of the acts alleged in the Lawsuit, which includes all claims for minimum and overtime wages for time worked, and including associated liquidated damages, interest, and penalty claims that were asserted or could have been asserted in this lawsuit under state or federal law between February 19, 2017 and February 24, 2020.  This release includes all claims related to any alleged failure to pay for all hours worked under the FLSA and all other state statutory causes of action for unpaid wages, state common law and unjust enrichment, and pursuant to wage contract claims.  Class Members do not release any claim wholly

unrelated to the wage and hour subject matter, specifically including those covered by workers' compensation, unemployment compensation or discrimination law, or any other claims that cannot be released by law.  This release extends only to job positions within the defined class, and not to job positions held by Class Members outside the defined Class.

20.    Notwithstanding the foregoing, no claims are released by Class Members who do not submit a Claim Form under this Settlement Agreement.

21.    **Distribution of Settlement Payments to Class Members.**

   a.   Defendant shall deliver the settlement checks for all Class Members who submit a timely claim form to Class Counsel within 14 days after the deadline to submit a timely Claim Form. Class Counsel will notify the Court upon receipt of payment.

   b.   Class Members shall have one hundred twenty (120) calendar days after the date of mailing by Defendant to cash their settlement checks. If any Class Member's check is lost, destroyed, or otherwise unusable, the Class Member may notify Defendant through Class Counsel, within sixty (60) days of the date of payment and Defendant, upon verification that the original check has not been negotiated, will issue a replacement. The Class Member shall then have sixty (60) days from the date of issuance to negotiate the replacement check.

   c.   If any Class Members do not cash their checks within 120 days after mailing of the checks by Defendant and their check is not returned, their checks will be void and a stop-payment will be placed.  If any redistributed checks are again returned as undeliverable, their checks will be void and a stop-payment will be placed.  In such event, those Class Members will be deemed to have waived irrevocably any right in or claim to a settlement share, but the Settlement Agreement nevertheless will be binding upon them.

## PARTIES' AUTHORITY

22.    The signatories hereby represent that they are fully authorized to enter into this Settlement Agreement and bind the Parties hereto to the terms and conditions hereof.

## ENFORCEMENT ACTIONS

23.    This Settlement Agreement is fully enforceable in the U.S. District Court for the Northern District of Alabama before the Honorable R. David Proctor or such judge as may be designated in his stead by the procedures of the Court, who shall retain jurisdiction to enforce this Settlement Agreement.

## CONSTRUCTION

24.     The Parties hereto agree that the terms and conditions of this Settlement Agreement are the result of lengthy, intensive, arm's length negotiations between the Parties and that the Settlement Agreement shall not be construed in favor of or against any Party by reason of the extent to which any party or his or its counsel participated in the drafting of this Settlement Agreement.

## CAPTIONS AND INTERPRETATIONS

25.     Paragraph titles or captions contained herein are inserted as a matter of convenience and for reference, and in no way define, limit, extend or describe the scope of this Settlement Agreement or any provision hereof.  Each term of this Settlement Agreement is contractual and not merely a recital.

## MODIFICATION

26.     This Settlement Agreement may not be changed, altered, or modified except in writing and signed by the Parties hereto, and approved by the Court.  This Settlement Agreement may not be discharged except by performance in accordance with its terms or by a writing signed by the Parties hereto.

## INTEGRATION CLAUSE

27.     This Settlement Agreement constitutes the entire agreement between the Parties relating to the settlement and transaction contemplated hereby, and all prior or contemporaneous agreements, understandings, representations, and statements, whether oral or written and whether by a party or such party's legal counsel, agreed to by the Parties in this matter, are merged herein. No rights hereunder may be waived except in writing.

## NO PRIOR ASSIGNMENTS

28.      This Settlement Agreement shall be binding upon and inure to the benefit of the Parties hereto and their respective heirs, trustees, executors, administrators and successors.  The Parties hereto represent, covenant, and warrant that they have not directly or indirectly, assigned, transferred, encumbered, or purported to assign, transfer or encumber to any person or entity any portion of any liability, claim, demand, action, cause of action, or rights herein released and discharged except as set forth herein.

## CLASS REPRESENTATIVE SIGNATORY

29.     It is agreed that because the Class Members are so numerous, it is impossible or impractical and not required to have each Class Member execute this Settlement Agreement.  The Notice will advise all Class Members of the binding nature

of the release and such shall have the same force and effect as if this Settlement Agreement were executed by each Class Member.

## PUBLICITY

30.     Parties shall not issue any press release about the Settlement Agreement or its terms.  The Parties shall respond to employees of Defendant who are not Class Members or media only with the acknowledgment that "the matter was amicably resolved."

31.     If Defendant receives a request for a work reference for Plaintiff or any Class Member who files a claim form, Defendant shall follow its normally-applicable procedures for employee references, shall provide a response in a reasonable time, and shall limit its response to the individuals dates of employment, rate of pay, and job title.

## COUNTERPARTS

32.     This Settlement Agreement may be executed in counterparts, and when each party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Settlement Agreement, which shall be binding upon and effective as to all Parties.  Electronic signatures, signatures sent by facsimile machine, or scanned signatures in Portable Document Format sent by email shall be deemed original signatures.

Dated:  _4-28-2020_                    _____, on behalf of
                                       Defendant Baha Burger, LLC

Dated:  _4-28-2020_                    _____
                                       Defendant Eric Finney

Dated:  04/27/2020                     _Montray smith_
                                       Montray Smith, individually and on behalf
                                       of the Settlement Class

# Exhibit A
# Settlement Shares

| Name | Settlement Amount |
|---|---|
| Enrique Ventura | $439.78 |
| Fernando Garcia | $826.75 |
| Fredy Rodriguez | $3,956.40 |
| Jose Garcia | $3,868.87 |
| Thomas Black | $775.11 |
| Martin Hernandez | $3,719.49 |
| Luis Zavala | $2,606.21 |
| Juan Arteaga | $1,255.96 |
| Kevin Cervantes | $182.49 |
| Omar Lopez-Trejo | $7,412.34 |
| Patrick Carey | $66.56 |
| Martimiano Escobar | $477.28 |
| Montray Smith | $1,587.76 |
| Total | $27,175.00 |

# Exhibit B
# Proposed Order of Approval

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MONTRAY SMITH, Individually and on**           **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                   No. 2:20-cv-222-RDP

**BAHA BURGER, LLC, and ERIC FINNEY**         **DEFENDANTS**

### [PROPOSED] ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AND CONDITIONALLY DISMISSING LAWSUIT WITH PREJUDICE

The Joint Motion for Approval of FLSA Collective Action Settlement and for Dismissal of Lawsuit with Prejudice is granted. The proposed settlement is fair, reasonable, and adequate.

It is therefore ORDERED that for purposes of settlement a collective action class is certified consisting of the following individuals:

All cooks who worked at any time after February 19, 2017.

It is further ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;

- Sanford Law Firm, PLLC, is appointed as Class Counsel;

- The Notice of Collective Action Settlement and Claim Form are approved as to form and substance;

- The proposed method of distributing notice are approved;

- Within seven days of the entry of this Order, Defendant shall send to Class Counsel the last known address and email address for each Class Member;

- Within seven days of receipt of the contact information for the Class Members, Class Counsel send the Notice of Collective Action Settlement and Claim Form to the Settlement Class, by first-class mail and email;

- Class Members shall have ninety (90) days after the Notice is first mailed to submit their Claim Form;

- Class Counsel shall file redacted versions of the Claim Forms with the Court; and

- Settlement payments shall be made in accordance with the terms of the Settlement Agreement.

Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement.

The Court will dismiss Plaintiff's claims with prejudice after notice from counsel that final payment has been made.

_____
Honorable R. David Proctor
United States District Judge

# **Exhibit C**
# Notice

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MONTRAY SMITH, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                    No. 2:20-cv-222-RDP

**BAHA BURGER, LLC, and ERIC FINNEY**                                    **DEFENDANTS**

<u>**NOTICE OF COLLECTIVE ACTION SETTLEMENT**</u>

FROM:   Ms. Courtney Lowery
        SANFORD LAW FIRM, PLLC
        One Financial Center
        650 South Shackleford Road, Suite 411
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040
        E-mail: courtney@sanfordlawfirm.com
        Attorney for Plaintiff

**TO:        All cooks who worked at any time after February 19, 2017.**

**RE:    Settlement of Fair Labor Standards Act lawsuit against Baha Burger, LLC,**
**and Eric Finney (collectively "Baha Burger").**

(1)    <u>INTRODUCTION</u>:   The purpose of this notice is to inform you of a settlement in the pending collective action lawsuit against Baha Burger, in which you are eligible to participate and receive back wages for one or more workweeks when you worked for Baha Burger. THIS IS AN OFFER TO PAY YOU BACK WAGES.

(2)    <u>DESCRIPTION OF THE LAWSUIT</u>: Plaintiff in this case is a former hourly-paid cook for Baha Burger. Plaintiff filed a lawsuit asserting that Baha Burger violated federal law in failing to pay proper wages for all hours worked. Baha Burger denies Plaintiff's claims.  Baha Burger asserts that it complied with the law.

The parties reached a settlement that will fully and finally resolve the claims alleged between them, which was approved by the Court on _____, 2020. As part of the agreement and compromise between the parties, the parties agreed to send notice to other potential claimants who were employed by Baha Burger as cooks after February 19, 2017.

(3)   <u>**YOUR RIGHT TO PARTICIPATE IN THE SETTLEMENT**</u>**: The parties have determined that you fit the definition above, and you are eligible to participate in the settlement.  You may participate in the settlement (that is, you may opt-in) provided that you return the attached Consent to Join Collective Action and Settlement Claim form ("Claim Form")** <u>**on or before _____ 2020.**</u> <u>**If your signed Claim Form is not postmarked by this date, you will be prohibited from participating in this settlement.**</u>

(4)   <u>EFFECT OF OPTING IN</u>:   If you choose to opt-in for purposes of participating in the settlement, you will receive a check for your portion of the settlement, which is $_____ (less taxes and withholdings for the wage portion of the settlement amount). 50% of this amount will be deemed wages and subject to normal payroll tax withholding and W-2 reporting.  50% will be deemed liquidated damages without withholdings using an IRS Form 1099. The formula used to determine your share of the settlement proceeds was based on a pro rata share of the actual damages during the period of February 24, 2017 to February 24, 2020 resulting from payment of hours worked over forty at a regular rate instead of one and one-half times the regular rate. You will not be required to pay attorney's fees.  Plaintiff's attorney will receive a separately negotiated amount of attorney's fees.  Once you have opted-in by signing and returning the Claim Form, your settlement check will be mailed to Plaintiff's attorney within 14 days after the deadline to submit a timely Claim Form, who will deliver the settlement check to you. You will have 120 days after the date of mailing to cash your settlement check.

Your decision to join in this settlement and your acceptance of this payment of wages and other compensation due under the FLSA based on the court-approved settlement means that you will be bound by the settlement and you will have given up the right you have to bring suit on your own for the payment of unpaid compensation for the period of February 19, 2017 to February 24, 2020 and an equal amount in liquidated damages, plus attorneys' fees and court costs under Section 16(b) of the FLSA.

By signing the Claim Form, you agree to release Baha Burger, LLC, and Eric Finney, and Baha Burger, LLC's present and former subsidiaries, divisions, parent companies, holding companies, members, officers, directors, employees, managers, agents, servants, representatives, attorneys, insurers, affiliates, successors, heirs and assigns, from any and all claims, debts, penalties, liabilities, demands, obligations, guarantees, costs, expenses, attorneys' fees, damages, action or causes of action of whatever kind or nature, whether known or unknown, that were alleged or that reasonably arise out of the acts alleged in the Lawsuit, which includes all claims for minimum and overtime wages for time worked, and including associated liquidated damages, interest, and penalty claims that were asserted or could have been asserted in this lawsuit under state or federal law between February 19, 2017 and February 24, 2020.  This release includes all claims related to any alleged failure to pay for all hours worked under the FLSA and all other state statutory causes of action for unpaid wages, state common law and unjust enrichment, and pursuant to wage contract claims.  Class Members do not release any claim wholly unrelated to the wage and hour subject

matter, specifically including those covered by workers' compensation, unemployment compensation or discrimination law, or any other claims that cannot be released by law. This release extends only to job positions within the defined class, and not to job positions held by Class Members outside the defined Class.

(5)   <u>EFFECT OF NOT OPTING IN</u>:  If you choose not to opt-in for purposes of the settlement, you will not be affected by the settlement or judgment of this case, and you will not release any claims against Baha Burger.  If you do not opt-in, however, the lawsuit and settlement will not stop the running of the statute of limitations (deadline to sue) applicable to any claims you may have against Baha Burger. If those deadlines expire before you file your own lawsuit, you may lose your rights.

(6)   <u>CLASS COUNSEL</u>:  If you choose to join in the settlement of this lawsuit, the named Plaintiff through his attorney will represent your interests for purposes of the settlement. Plaintiff's attorney and the attorney for the group is:

Ms. Courtney Lowery
Sanford Law Firm, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
E-mail: courtney@sanfordlawfirm.com

(7)   <u>FURTHER INFORMATION</u>:  Further information about this suit, your rights to join in this settlement, information about submitting a Claim Form, and additional Claim Forms can be obtained by contacting Courtney Lowery at (501) 221-0088 or courtney@sanfordlawfirm.com. If you believe your settlement check is lost, destroyed, or otherwise unusable, please contact Class Counsel immediately.

(8) <u>RETALIATION PROHIBITED</u>: The law prohibits anyone from discriminating or retaliating against you for taking part in this case. If you believe you have been discriminated or retaliated against in any way as a result of your receipt of this notice or election to participate in this settlement, you should contact Class Counsel immediately.

EN EL TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO NORTEÑO DE ALABAMA
DIVISIÓN SUREÑA

**MONTRAY SMITH, Individualmente y en**               **DEMANDANTE**
**Nombre de Todos Aquellos Situados de Manera Similar**

vs.                       No. 2:20-cv-222-RDP

**BAHA BURGER, LLC, y ERIC FINNEY**            **DEMANDADO**

## AVISO DE ACUERDO DE ACCIÓN COLECTIVA

DE:    Sra. Courtney Lowery
        SANFORD LAW FIRM, PLLC
        One Financial Center
        650 South Shackleford Road, Suite 411
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040
        E-mail: courtney@sanfordlawfirm.com
        Abogada del Demandante

**Para:**       **Todos los cocineros que trabajaron en cualquier momento después del 19 de Febrero del 2017.**

**En Respecto al: Acuerdo de Demanda de la Ley de Normas Laborales Justas en contra de Baha Burger, LLC y Eric Finney (colectivamente "Baha Burger").**

1)    <u>INTRODUCCIÓN</u>: El propósito de este aviso es informarle sobre un acuerdo en la demanda de acción colectiva pendiente en contra de Baha Burger, en la que usted es elegible para participar y recibir salarios atrasados para una o más semanas de trabajo cuando usted trabajó para Baha Burger. ESTA ES UNA OFERTA PARA PAGARLE SUS SALARIOS ATRASADOS.

2)    <u>DESCRIPCIÓN DE LA DEMANDA</u>: El demandante en este caso es un ex cocinero pagado por hora de parte de Baha Burger. El demandante presentó una demanda afirmando que Baha Burger violó la ley federal al no pagar los salarios adecuados por todas las horas trabajadas. Baha Burger niega los reclamos del demandante. Baha Burger afirma que cumplió con la ley.

Ambas partes llegaron a un acuerdo que resolverá total y finalmente los reclamos alegados entre ellos, que fue aprobado por el Tribunal el _____, 2020. Como parte del acuerdo y el arreglo entre ambas partes, las partes accedieron a enviar un aviso a otros posibles demandantes que fueron empleados por Baha Burger como cocineros después del 19 de Febrero del 2017.

**3)    SU DERECHO A PARTICIPAR EN EL ACUERDO: Ambas partes han determinado que usted cumple con los requisitos mencionados anteriormente y que usted es elegible para participar en el acuerdo. Usted puede participar en el acuerdo (es decir, puede optar por participar) siempre y cuando usted devuelva el Consentimiento a Unirse al Formulario de Reclamo de Acción Colectiva y Acuerdo ("Formulario de Reclamo") ajuntado a esta carta a más tardar el _____ 2020. Si su Formulario de Reclamo firmado no está sellado para esta fecha, se le prohibirá participar en este acuerdo.**

4)    EFECTOS DE PARTICIPAR: Si elige participar en el acuerdo, recibirá un cheque por su parte del acuerdo, que es de $ _____ (menos impuestos y retenciones para la porción salarial del monto del acuerdo). 50% de esta cantidad se considerará parte de su sueldo y estará sujeto a la retención normal de impuestos sobre la nómina y al informe W-2. 50% se considerará daños liquidados sin retenciones utilizando un Formulario 1099 del IRS. La fórmula utilizada para determinar su parte de los ingresos del acuerdo se basó en proporción de los daños reales durante el período del 24 de Febrero de 2017 al 24 de Febrero del 2020 resultando del pago de horas trabajadas por usted que excedieran de cuarenta horas con una tasa de pago regular en lugar de haber sido pagado con una tasa de pago de una y media veces. No se le exigirá que pague los honorarios del abogado. El abogado del demandante recibirá una cantidad negociada por separado. Una vez que haya firmado y devuelto el Formulario de Reclamo, su cheque será enviado por correo al abogado del demandante dentro de 14 días después de la fecha límite para enviar el Formulario de Reclamo de manera oportuna. El abogado del demandante le entregará el cheque a usted. Usted tendrá 120 días después de la fecha del envío para cobrar su cheque de liquidación.

Su decisión de unirse a este acuerdo y su aceptación de este pago de salarios y otras compensaciones adeudadas en virtud de la FLSA con base el acuerdo aprobado por el tribunal significa que usted estará sujeto al acuerdo y habrá renunciado al derecho que tiene de presentar una demanda por su propia cuenta para el pago de una indemnización no pagada durante el período del 19 de Febrero del 2017 al 24 de Febrero del 2020 y una cantidad igual a los daños liquidados, más los honorarios de los abogados y los costos judiciales en virtud de la Sección 16 (b) de la FLSA.

Al firmar el Formulario de Reclamo, usted acepta liberar a Baha Burger, LLC, y Eric Finney, y a las filiales, divisiones, compañías matrices, miembros, funcionarios, directores, empleados, gerentes, agentes, servidores, representantes, abogados, aseguradores, afiliados, sucesores, herederos y cesionarios, de Baha Burger, LLC

presentes y anteriores de todos y cada uno de los reclamos, deudas, sanciones, responsabilidades, demandas, obligaciones, garantías, costos, gastos, honorarios de abogados, daños, acciones o causas de acción de cualquier tipo o naturaleza, ya sea conocida o desconocida, que se alegue o que surja razonablemente de los actos alegados en la Demanda, que incluye todos los reclamos por salarios mínimos y de horas extras por el tiempo trabajado, e incluye reclamos de daños, intereses, y reclamos de sanciones que se afirmaron o podrían haberse afirmado en esta demanda según la ley estatal o federal entre el 19 de Febrero del 2017 y el 24 de Febrero del 2020. Esta liberación incluye todos los reclamos relacionados con cualquier supuesto incumplimiento en el pago de todas las horas trabajadas bajo la FLSA y todas las demás causas legales de acción estatales por salarios no pagados, derecho consuetudinario estatal y enriquecimiento injusto, y de conformidad con los reclamos de contratos salariales. Los Miembros de la Clase no liberan ningún reclamo que no esté relacionado con el tema de salario y hora, específicamente incluidos aquellos cubiertos por la ley de compensación de trabajadores, compensación por desempleo o discriminación, o cualquier otro reclamo que no pueda ser liberado por la ley. Esta liberación se extiende solo a puestos de trabajo dentro de la clase definida, y no a puestos de trabajo ocupados por Miembros de la Clase fuera de la Clase definida.

5)    EFECTOS DE NO PARTICIPAR: Si elige no participar en la demanda, no se verá afectado por el acuerdo o la sentencia de este caso, y no liberará ningún reclamo contra Baha Burger. Sin embargo, si no participa, la demanda ni el acuerdo detendrán la prescripción legal (fecha límite para demandar) aplicable a cualquier reclamo que pueda tener contra Baha Burger. Si esos plazos expiran antes de presentar su propia demanda, usted puede perder sus derechos.

6)    ABOGADO DE LA CLASE: Si elige unirse al acuerdo de esta demanda, el Demandante designado a través de su abogado representará sus intereses a los fines del acuerdo. El abogado del demandante y el abogado del grupo es:

Sra. Courtney Lowery
SANFORD LAW FIRM, PLLC
One Financial Center 650
South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221 0088
Facsimile: (888) 787-2040
E-mail: courtney@sanfordlawfirm.com

7)    INFORMACIÓN ADICIONAL: Puede obtener más información sobre esta demanda, sus derechos para unirse a este acuerdo, información sobre cómo enviar un Formulario de Reclamo y Formularios de Reclamo adicionales comunicándose con la abogada Courtney Lowery al (501) 221-0088 o courtney@sanfordlawfirm.com. Si cree que su cheque de liquidación se perdió, fue destruido, o de cualquier otra manera no se puede usar, por favor comuníquese con la Abogada de la Clase de inmediato.

8)   <u>LAS REPRESALIAS ESTÁN PROHIBIDAS</u>: La ley prohíbe que cualquier persona discrimine o tome represalias contra usted por participar en este caso. Si cree que ha sido discriminado o que han tomado represalias en su contra de alguna manera como resultado de la recepción de este aviso o elección para participar en este acuerdo, debe comunicarse con la Abogada de la Clase de inmediato.

# EXHIBIT D
# CLAIM FORM

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MONTRAY SMITH, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                    No. 2:20-cv-222-RDP

**BAHA BURGER, LLC, and ERIC FINNEY**                        **DEFENDANTS**

<u>**CONSENT TO JOIN COLLECTIVE ACTION AND SETTLEMENT CLAIM/**</u>
<u>**CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA Y ACUERDO DE**</u>
<u>**RECLAMACIÓN**</u>

I was a cook at some point after February 19, 2017. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid overtime wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by the settlement approved by the Court.

Yo fui cocinero en algún momento después del 19 de Febrero del 2017. Entiendo que esta demanda se está presentando en virtud de la Ley de Normas Laborales Justas por los salarios de horas extras que no fueron pagadas. Doy mi consentimiento para convertirme en demandante en esta demanda, y ser representado por Sanford Law Firm, PLLC, y ser atado al acuerdo aprobado por la Corte.


_____                        _____
SIGNATURE /FIRMA                                    Mailing Address/Dirección


_____                        _____
PRINTED NAME/NOMBRE                            City, State and Zip/Ciudad, Estado
                                                            y Código Postal


_____                        _____
Telephone/ Número de Teléfono                    Email Address/Dirección de Correo
                                                            Electrónico

Date: _____, 2020


# IMPORTANT: RETURN BEFORE _____, 2020