UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MONTRAY SMITH,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:20-cv-00222-RDP |
| **BAHA BURGER, LLC et al.,** | } |
| **Defendants.** | } |

### ORDER OF DISMISSAL

This case is before the court on the parties' Joint Motion to Approve Fair Labor Standards Act Settlement and to Dismiss Case with Prejudice (Doc. # 8), filed on April 30, 2020. The court has a duty to scrutinize the proposed settlement for fairness. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The court finds that the parties have reached an agreement based on a negotiated, good faith compromise of a *bona fide* dispute regarding overtime and minimum wage compensation under the FLSA. Furthermore, the court finds that the agreement reflects a fair and reasonable resolution of the dispute between the parties. Therefore, the proposed settlement (Doc. # 8-1) is hereby **APPROVED**. Accordingly, the parties' Joint Motion to Approve Joint Motion to Approve Fair Labor Standards Act Settlement and to Dismiss Case with Prejudice (Doc. # 8) is **GRANTED**. The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this May 1, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE